UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-21504-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

DELIA LUGO, as Personal Representative
of the Estate of RUBEN LUGO, Deceased,

     Plaintiff,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.
_____/

<u>ORDER DIRECTING PARTIES TO MEDIATION</u>

     Trial in this case has been specially set for July 19, 2010.  Pursuant to Fed.R.Civ.P. 16 and Local Rule 16.2, it is hereby

     **ORDERED** as follows:

     1.  All parties are required to participate in mediation.  The mediation shall be completed no later than February 25, 2010.

     2.  Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any unrepresented party, shall be responsible for scheduling the mediation conference.  The parties are encouraged to avail themselves of the services of any mediator on the List of Certified Mediators, maintained in the office of the Clerk of this Court, but may select any other mediator.  **The parties shall agree upon a mediator within fifteen days from the date of this Order, and above counsel shall file a Designation of Mediator with the Court.**  If there is no agreement, above counsel shall promptly notify the Clerk in writing and the Clerk shall designate a mediator from the List of Certified Mediators, which designation shall be made on a blind rotation basis.

      3.  A place, date and time for mediation convenient to the mediator, counsel of record and unrepresented parties shall be established.

      4.  The appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory.  If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

      5.  All discussions, representations and statements made at the mediation conference shall be confidential and privileged.

      6.  At least ten days prior to the mediation date, each of the parties shall present to the mediator a brief written summary of the case which identifies issues to be resolved.  Copies of these summaries shall be served on all other parties.

      7.  The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order.  The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

      8.  The mediator shall be compensated in accordance with the standing order of the Court entered pursuant to Local Rule 16.2 B. 7, or on such basis as may be agreed to in writing by the parties and by the mediator selected by the parties.  The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court.  All payments shall be remitted to the mediator within 30 days of the date of the bill.  Notice to the mediator of conciliation or settlement prior to the scheduled mediation conference must be given at least two full business days in advance.  Failure to do so will result in an imposition of a fee for one hour.

      9.  If a full or partial settlement is reached in this case, counsel shall promptly notify

the Court of the settlement in accordance with Local Rule 16.2 F. 2., by the filing of a notice of settlement signed by counsel of record within ten days of the mediation conference. Thereafter, the parties shall promptly submit an appropriate pleading concluding the case.

10.  Within five days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicated whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

11. If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

**DONE AND ORDERED** in chambers at Miami, Florida, on July 30, 2009.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record